IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNN R. GRANT, | Civil Action |
| Plaintiff, | No. 12-1489 |
| v. | |
| PRC ACQUISITION, LLC, d/b/a THE CLUB SPORT & HEALTH, | Chief Judge Lancaster |
| Defendant. | JURY TRIAL DEMANDED |

## STIPULATION FOR DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1) the parties stipulate to the dismissal of this matter with prejudice.

Respectfully submitted,

/S/ Michael L. Brungo
Michael L. Brungo
Roger W. Foley, Jr.

Pa.I.D. No. 46555 (Brungo)
Pa.I.D. No. 73936 (Foley)

Maiello Brungo & Maiello
One Churchill Park
3301 McCrady Road
Pittsburgh, PA 15235
(412) 242-4400

Attorneys for Defendant

/S/ Christine T. Elzer
Samuel J. Cordes
Christine T. Elzer

Pa.I.D. No. 54874 (Cordes)
Pa.I.D. No. 208157 (Elzer)

Samuel J. Cordes & Associates
245 Fort Pitt Boulevard
Pittsburgh, PA 15222
(412) 281-7991

Attorneys for Plaintiff

SO ORDERED, this 21st day of May, 2013.

_____, J.
United States District Judge as
Miscellaneous Judge

1